INDEX #: 08cv6280 JUDGE KOELTL
Date Filed: July 11, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT:

Attorneys: JENNIFER SFERRAZZA RELIANT COURT SERVIES INC.    PH: 631-567-3120
Address: 600 JOHNSON AVENUE, SUITE E4  BOHEMIA  NY  11716    File No.:

*DENIS C. MOORE*

vs    *Plaintiff(s)/Petitioner(s)*

*JOEL F. BROWNSTEIN, ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

_____SHIRLEY METELLUS_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___July 23, 2008___ at ___6:25PM___, at ___350 E. 82ND STREET, APT. 9H, NEW YORK, NY 10028___, deponent served the within ___Summons and Complaint___

on: ___JOEL F. BROWNSTEIN___, ___Respondent___ therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to ___PERNELL ROBINSON, CONCIERGE___ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

#5 MAIL COPY [X]  On ___July 24, 2008___, deponent completed service by depositing a true copy of each document to the Respondent at ___350 E. 82ND STREET, APT. 9H, NEW YORK, NY 10028___ in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York[ ] and Certified Mail #_____

#6 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__    Color of skin: __White__    Color of hair: __Black__    Age: __30 - 40 Yrs.__    Height: __6'O & over__
Weight: __161 - 200 Lbs.__    Other Features: _____

#7 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on ___July 24, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE5057464, Westchester County
Commission Expires Oct. 15, 2010

SHIRLEY METELLUS
Server's Lic # 1267965
Invoice/Work Order # 08020115

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

SUITE 1201
401 BROADWAY
NEW YORK, NY 10013

One piece of ordinary mail addressed to:

JOEL F. BROWNSTEIN    08020115
350 E. 82ND STREET, APT. 9H
NEW YORK, NY 10028

PS Form 3817, January 2001