**ROGER L. FIDLER**
Attorney at Law
225 Franklin Avenue
Midland Park, N.J. 07432
(201) 670-0881
(201) 670-0888 (Fax)
rfidler0099@aol.com

FACSIMILE TRANSMISSION TO (212) 805-7912

September 3, 2008

Honorable John G. Koeltl
Daniel Patrick Monahan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-03-08
```

RE: Moore vs. Brownstein/Case No. 08 CV6280

Dear Judge Koeltl:

At the suggestion of your deputy, Mr. Fletcher, I am writing to inform the Court of the status of this matter. A conference was scheduled for today and I was directed to inform counsel for the defendant. In the interim, the defendant has gone into default and I have been contacted by Matthew C. Gruskin, Esq. who informed me that he was attempting to meet with Mr. Brownstein to determine whether he would represent him in this matter. I agreed that I would not move on this matter until Monday, September 8, 2008, by which date Mr. Gruskin had agreed to get back to me.

Please advise me as to the manner the Court wishes to proceed in this matter.

Truly yours,

*[signature]*

Roger L. Fidler

*[Handwritten note:]* The Conference is rescheduled for September 10, 2008 at 4:30 P.M. If the defendant fails to appear, the plaintiff should move by order to show cause why a default judgment should not be entered against the defendant. So ordered.
9/3/08
*[signed]* JGK/Koeltl
U.S.D.J.